UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 21, 2018

No. <u>16-3127</u>

ALAN J. ROSS;
ALAN J. ROSS INSURANCE AGENCY INC.

v.

BENNETT MEYER; MEYER-CHATFIELD CORP.;
DAVID L. BRAVERMAN; JOHN E. KASKEY;
BRAVERMAN  KASKEY PC

(D.C. No. 2-12-cv-00998)

MEYER-CHATFIELD CORPORATION;
BENNETT S. MEYER;
ZCRACKERBOX, LLC;
BRAVERMAN KASKEY, P.C.

v.

ALAN J. ROSS individually d/b/a SAVE ASSOCIATES;
ALAN J. ROSS INSURANCE AGENCY INC.
d/b/a SAVE ASSOCIATES

Alan J. Ross,
Appellant

(E. D. Pa. Nos. 2-12-cv-00998 & 2-12-cv-02760)

Present:  CHAGARES, RESTREPO and ROTH, <u>Circuit Judges</u>

Motion by Appellant to Clarify Opinion and Judgment dated June 7, 2018

Respectfully,
Clerk/dwb

_____ORDER_____

The foregoing motion to clarify is granted.  An amended opinion will be filed.  The amended opinion only clarifies the Court's decision and does not alter the Court's disposition of the case.  As such, the judgment originally entered on June 7, 2018 will not be altered.


By the Court,

s/L. Felipe Restrepo
Circuit Judge


Dated: July 6, 2018
DWB/arr/cc: AJS; DLB; BAG